JAMES SANTAMARIA ET AL. *v.* ROBERT MANSHIP ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 7 Conn. App. 537, is denied.

*Richard P. Weinstein,* in support of the petition.

*Robert J. Papp,* in opposition.

Decided September 24, 1986

MARILYN KRATTENSTEIN *v.* JOHN M. THOMAS ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 7 Conn. App. 604, is denied.

*Patricia Kilkenny,* in support of the petition.

Decided September 24, 1986

STATE OF CONNECTICUT *v.* RICHARD SALZ, SR.

The defendant's petition for certification for appeal from the Appellate Court, 8 Conn. App. 125, is denied.

*James M. S. Ullman,* in support of the petition.

Decided September 24, 1986

ROY E. CASEY *v.* COMMISSIONER OF CORRECTION

The plaintiff's petition for certification for appeal from the Appellate Court is denied.

*Roy E. Casey,* pro se, in support of the petition.

Decided September 24, 1986